C. I. T. CORPORATION, Appellant, *v.* LAWRENCE JOFFE, Respondent.*

Supreme Court, Appellate Term, First Department, February 6, 1937.

*Joseph G. Myerson* [*Matthias Cook* of counsel], for the appellant.

No appearance, for the respondent.

PER CURIAM. The notice given by the plaintiff complied with section 79 of the Personal Property Law. (*H. E. & S. T. Corp. v. Checker Cab Sales Corp.*, 271 N. Y. 239.)

Judgment reversed, with thirty dollars costs, and judgment directed for plaintiff for $589.81, with interest and costs.

All concur. Present — LEVY, HAMMER and CALLAHAN, JJ.